UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.

ONORIODE FRANK NANI  8:18MJ1972-T-SPF

### MOTION TO SEAL

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, moves this Court to seal the Complaint, Affidavit and Arrest Warrant as to the above defendant.

The sealing of the Complaint and Affidavit is requested in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge either by way of reports published in the media, or otherwise.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  /s/ Rachelle DesVaux Bedke
Rachelle DesVaux Bedke
Assistant United States Attorney
Florida Bar No. 0099953
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Rachelle.Bedke@usdoj.gov