CLOSED,EXH

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:18-mj-01055-JSA All Defendants

Case title: USA v. Nani  
Other court case number: 8:18mj1972-T-SPF USDC, Middle District of Florida, Tampa  
Date Filed: 10/29/2018  
Date Terminated: 10/30/2018

Assigned to: Magistrate Judge Justin S. Anand

### Defendant (1)

**Onoriode Frank Nani**  
*TERMINATED: 10/30/2018*

represented by **Courtney Ann O'Donnell**  
Federal Defender Program Inc.-Atl  
Suite 1500, Centennial Tower  
101 Marietta Street, NW  
Atlanta, GA 30303  
404-688-7530  
Email: Courtney_O'Donnell@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1343 and 2 FRAUD BY WIRE, RADIO OR TELEVISION | |

**Plaintiff**

USA      represented by    Katherine Monahan Hoffer
Office of the United States
Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6000
Email: katherine.hoffer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/29/2018 | | | Arrest (Rule 40) of Onoriode Frank Nani. (bdb) (Entered: 10/31/2018) |
| 10/29/2018 | 1 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Courtney O'Donnell as to Onoriode Frank Nani. Signed by Magistrate Judge Justin S. Anand on 10/29/2018. (bdb) (Entered: 10/31/2018) |
| 10/29/2018 | 2 | 5 | Minute Entry for proceedings held before Magistrate Judge Justin S. Anand as to Onoriode Frank Nani: Initial Appearance in Rule 5(c)(3) Proceedings held on 10/29/2018. Defendant waives Identity Hearing. Waiver filed. Government's motion for detention, filed. Detention Hearing set for 10/30/2018 at 01:00 PM before Magistrate Judge Justin S. Anand. (Attachments: # 1 Arrest Warrant) (Tape #FTR) (bdb) (Entered: 10/31/2018) |
| 10/29/2018 | 3 | 7 | WAIVER of Rule 5 Hearings by Onoriode Frank Nani. (bdb) (Entered: 10/31/2018) |
| 10/29/2018 | 4 | 8 | MOTION for Detention by USA as to Onoriode Frank Nani. (bdb) (Entered: 10/31/2018) |
| 10/29/2018 | 5 | 11 | Order of Temporary Detention pursuant to Bail Reform Act by Judge Justin S. Anand as to Onoriode Frank Nani. Detention Hearing set for 10/30/2018 at 01:00 PM in ATLA Courtroom 1875 before Magistrate Judge Justin S. Anand. (bdb) (Entered: 10/31/2018) |
| 10/30/2018 | 6 | 12 | Minute Entry for proceedings held before Magistrate Judge Justin S. Anand as to Onoriode Frank Nani: Identity Hearing. Defendant is named defendant in complaint; held for removal to other district. Detention Hearing. Witness sworn and testified. Government's Exhibit #1, admitted. Retained by court. Granting Government's motion for detention. Pretrial detention ordered. Commitment issued. (Tape #FTR) (bdb) (Entered: 10/31/2018) |
| 10/30/2018 | 7 | 14 | Exhibits admitted and retained at the 6 Detention Hearing as to Onoriode Frank Nani have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Government's Exhibit 1)(bdb) (Entered: 10/31/2018) |
| 10/30/2018 | 8 | 33 | |

| | | | |
|---|---|---|---|
| | | | ORDER OF DETENTION Pending Trial as to Onoriode Frank Nani. Signed by Magistrate Judge Justin S. Anand on 10/30/2018. (bdb) (Entered: 11/01/2018) |
| 10/30/2018 | 9 | 34 | COMMITMENT TO ANOTHER DISTRICT as to Onoriode Frank Nani. Defendant committed to USDC, Middle District of Florida, Tampa. Signed by Magistrate Judge Justin S. Anand on 10/30/2018. (bdb) (Entered: 11/01/2018) |
| 10/30/2018 | | | Magistrate Case Closed. Defendant Onoriode Frank Nani terminated. (bdb) (Entered: 11/01/2018) |
| 11/01/2018 | | | Transmittal of Rule 5(c)(3) Documents as to Onoriode Frank Nani, sent to USDC, Middle District of Florida, Tampa via electronic mail with Commitment Order and docket sheet. (bdb) (Entered: 11/01/2018) |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ONORIODE FRANK NANI,

Defendant.

CASE NO. 1:18-mj-1055

### ORDER APPOINTING COUNSEL

Courtney O'Donnell

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 29th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)** FILED IN OPEN COURT

DATE: 10/29/18 @ 3:31 p.m.

FTR: _____ @ _____

TIME IN COURT: 15 minutes

| | |
|---|---|
| MAGISTRATE JUDGE: JUSTIN S. ANAND | COURTROOM DEPUTY CLERK: B. Graves |
| CASE NUMBER: 1:18-MJ-1055 | DEFENDANT'S NAME: Onoriode Frank Nani |
| AUSA: Katherine Hoffer | DEFENDANT'S ATTY: Courtney O'Donnell |
| USPO / PTR: Krystal Batchelor | ( ) Retained ( ) CJA (X) FDP ( ) Waived |

_____ ARREST DATE _____

✓ Initial appearance hearing held. _____ Defendant informed of rights.

_____ Interpreter sworn: _____

### COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.   ✓ WAIVER FILED

_____ Identity hearing HELD.   _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.   _____ WAIVER FILED

_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district

✓ Commitment issued. (temporary)

### BOND/PRETRIAL DETENTION HEARING

✓ Government motion for detention filed. Pretrial hearing set for 10/30/18 @ 1:00 pm

_____ Pretrial hearing set for _____ @ _____ ( _____ In charging district.)

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention ( ) GRANTED ( ) DENIED

_____ Pretrial detention ordered.   _____ Written order to follow.

_____ BOND set at   $ _____   _____ NON-SURETY   _____ SURETY

_____ cash   _____ property   _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed. Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion ( _____ verbal) to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond   _____ GRANTED   _____ DENIED

_____ See page 2

5

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED IN ( ...  URT
U.S.D.C.

# UNITED STATES DISTRICT COURT
для
Northern District of Georgia

OCT 29 2018

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) Case No.   1:18-mj-1055 |
| Onoriode Frank Nani | ) |
|  | ) Charging District's Case No.   8:18-mj-1972 |
| _Defendant_ | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

    Middle District of Florida, Tampa Division                                          .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/29/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Courtney O'Donnell
_____
*Printed name of defendant's attorney*

7

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONORIODE FRANK NANI | Criminal Action No.<br>1:18-MJ-1055 |

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Katherine M. Hoffer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: October 29, 2018.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6049

BYUNG J. PAK
United States Attorney

*/s/ Katherine M. Hoffer*
KATHERINE M. HOFFER
Assistant United States Attorney
Ga. Bar No. 045737

2

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Courtney O'Donnell

October 29, 2018

/s/ KATHERINE M. HOFFER

KATHERINE M. HOFFER

*Assistant United States Attorney*

AO 470 (Rev. 8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

UNITED STATES OF AMERICA

V.

__ONORIODE FRANK NANI__
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number:   1:18-mj-1055

Upon motion of the __U. S. GOVERNMENT__, it is ORDERED that a detention hearing is set __10/30/18__ * at __1:00 pm__
*Date*                       *Time*

before __JUSTIN S. ANAND__
*Name of Judicial Officer*

Courtroom ~~1868~~ 1875 U.S. Courthouse 75 Ted Turner Drive, S.W.  Atlanta, GA 30303
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____) and produced for the
*Other Custodial Official*

Date: __10/29/18__

_____
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE: 10/30/18 @ 3:25 p.m.
FTR: _____ @ _____
TIME IN COURT: 58 minutes

MAGISTRATE JUDGE: JUSTIN S. ANAND
COURTROOM DEPUTY CLERK: B. Graves
CASE NUMBER: 1:18-MJ-1055
DEFENDANT'S NAME: Onoriode Frank Nani
AUSA: Leanne Marek
DEFENDANT'S ATTY: Courtney O'Donnell
USPO / PTR: Krystal Batchelor
( ) Retained    ( ) CJA    (X) FDP    ( ) Waived

___ ARREST DATE _____
___ Initial appearance hearing held.     ___ Defendant informed of rights.
___ Interpreter sworn: _____

### COUNSEL

. ___ ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

___ Defendant WAIVES identity hearing.     ___ WAIVER FILED
X   Identity hearing HELD.    X   Def is named def. in indictment/complaint; held for removal to other district.
___ Defendant WAIVES preliminary hearing in this district only.     ___ WAIVER FILED
___ Preliminary hearing HELD.    ___ Probable cause found; def. held to District Court for removal to other district
X   Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed. Pretrial hearing set for _____ @ _____
___ Pretrial hearing set for _____ @ _____ ( ___ In charging district.)
X   Bond/Pretrial detention hearing held.
X   Government motion for detention (X) GRANTED ( ) DENIED
X   Pretrial detention ordered.    X   Written order to follow.
___ BOND set at $_____    ___ NON-SURETY    ___ SURETY
___ cash    ___ property    ___ corporate surety ONLY
___ SPECIAL CONDITIONS: _____

___ Bond filed. Defendant released.
___ Bond not executed. Defendant to remain in Marshal's custody.
___ Motion ( ___ verbal) to reduce/revoke bond filed.
___ Motion to reduce/revoke bond    ___ GRANTED    ___ DENIED
___ See page 2

12

Page 2

Defendant: Nani, Onoriode Frank    Case No.: **1:18-mj-1055**

Date: 10/30/18

WITNESSES:

FBI Special Agent, Carrie Leblanc

EXHIBITS:

Government's exhibit #1, admitted.

Original Exhibits    X    RETAINED by the Court    ____ RETURNED to counsel

Case 1:18-mj-01055-JSA   Document 7   Filed 10/30/18   Page 1 of 1

Page 2

| | | | |
|---|---|---|---|
| Defendant: | Nani, Onoriode Frank | Case No.: | **1:18-mj-1055** |
| Date: | 10/30/18 | | |

**WITNESSES:**

FBI Special Agent, Carrie Leblanc

_____
_____
_____
_____
_____
_____
_____
_____

**EXHIBITS:**

Government's exhibit #1, admitted.

_____
_____
_____
_____
_____
_____
_____
_____

Original Exhibits    **X**    RETAINED by the Court    ____ RETURNED to counsel

AO 472 (Rev. 3/86) Order of Detention Pending Trial

FILED IN OPEN COURT
U.S.D.C. - Atlanta
OCT 30 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy

# UNITED STATES DISTRICT COURT

Northern District of Georgia

UNITED STATES OF AMERICA

v.

ONORIODE FRANK NANI
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 1:18-mj-1055

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed    that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☐ (1) There is probable cause to believe that the defendant has committed an offense
  - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  - ☐ under 18 U.S.C. § 924(c).
- ☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☐ (1) There is a serious risk that the defendant will not appear.
- ☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☑ a preponderance of the evidence that Defendant has no meaningful ties to this community or U.S. in general, has overwhelming ties w/ad foreign country, failed to disclose his local address to in response to immigration questions, and there is substantial cash and other apparently unaccounted for money that has flowed through his accounts, and other assets related to this scheme. There appear to be other individuals not yet apprehended and still at large, presumably w/ access to the unaccounted for money, who is a presumably unindicted co-conspirator, who could assist in flight.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

10/30/18
Date

*Signature of Judicial Officer*

JUSTIN S. ANAND, U. S. MAGISTRATE JUDGE
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. - Atlanta
OCT 30 2018
JAMES N. HATTEN, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

| UNITED STATES OF AMERICA<br>V.<br><br>ONORIODE FRANK NANI | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 1:18-MJ-1055 | 8:18MJ1972-T-SPF |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  x Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. § 1343, 2

**DISTRICT OF OFFENSE**
Middle District of Florida

**DESCRIPTION OF CHARGES:**

Wire Fraud

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF GEORGIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_10/30/18_ _____
Date                Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

34