FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2019 FEB 26 AM 11:48

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-77T35JSS
18 U.S.C. § 371

ONORIODE FRANK NANI

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Wire Fraud)

### The Conspiracy

1. Beginning on an unknown date, but at least as early as in or about December 2017, and continuing through on or about October 28, 2018, in the Middle District of Florida and elsewhere, the defendant,

ONORIODE FRANK NANI,

did knowingly and willfully combine, conspire, confederate and agree, with other persons, both known and unknown to the Grand Jury, to commit wire fraud, that is, to knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, by transmitting and causing to be transmitted by means of wire and radio communication in

interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of 18 U.S.C. § 1343.

### Manner and Means of the Conspiracy

2. It was part of the conspiracy that one or more conspirators would and did travel from overseas, including from Nigeria, to the United States to perform acts intended to carry out or accomplish the scheme to defraud.

3. It was a further part of the conspiracy that conspirators would and did open bank accounts at various financial institutions.

4. It was a further part of the conspiracy that one or more conspirators would and did establish accounts on social media platforms, such as Facebook, Google Hangouts, and Match.com.

5. It was a further part of the conspiracy that one or more conspirators would and did use these social media platforms to identify potential victims.

6. It was a further part of the conspiracy that one or more conspirators would and did pose as a single man on social media platforms and would and did make false and fraudulent representations to potential victims using said platforms in order to cultivate online personal relationships, including romantic relationships, with them.

7. It was a further part of the conspiracy that once personal relationships with potential victims were established, one or more conspirators would and did make additional false and fraudulent representations – typically, about the conspirator or another person being in dire need of urgent financial assistance -- in an effort to induce and persuade said victims to transfer funds to conspirators.

8. It was a further part of the conspiracy that conspirators would and did cause victims to transfer funds, via interstate wire transfers and other means, to accounts opened at various financial institutions in the United States and controlled by one or more conspirators.

9. It was a further part of the conspiracy that upon receipt of victim funds, conspirators would and did quickly cause said funds to be withdrawn, used to purchase cashier's checks, or otherwise transferred to other entities or financial accounts, frequently overseas.

10. It was a further part of the conspiracy that conspirators would and did receive a portion of the victims' funds for their participation in the scheme to defraud.

11. It was further a part of the conspiracy that the conspirators would and did conceal, misrepresent, and hide, and cause to be concealed,

misrepresented, and hidden, the purpose of acts performed in furtherance of the conspiracy.

## Overt Acts

12. In furtherance of the conspiracy and to effectuate the objects thereof, the following overt acts, among others, were committed within the Middle District of Florida, and elsewhere:

    a. On or about March 9, 2018, Onoriode Frank Nani opened the BB&T account ending in 1232 in the name of Frank O. Nani in Georgia.

    b. On or about September 12, 2018, conspirators caused C.S. to transfer $35,000 via interstate wire to the BB&T account ending in 1232 in the name of Frank O. Nani.

    c. On or about September 14, 2018, Onoriode Frank Nani arrived in the United States at the Atlanta airport, from Lagos, Nigeria.

    d. On or about September 17, 2018, Onoriode Frank Nani used proceeds from a September 12, 2018 $35,000 wire transfer deposit, to purchase an official check in the amount of $28,000 made payable to Allagro Ventures LLC.

  e. On or about September 20, 2018, conspirators caused C.S. to transfer $80,000 via interstate wire to a BB&T account ending in 1232 in the name of Frank O. Nani.

  f. On or about September 28, 2018, defendant Onoriode Frank Nani called BB&T about online access to his account ending in 1232.

## FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as well as 18 U.S.C. § 982(a)(2)(A).

2. From his engagement in the violations alleged in Count One, involving a conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371, the defendant, Onoriode Frank Nani, shall forfeit to the United States of America, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 9825(a)(2)(A), and 28 U.S.C. § 2461(c), all of his right, title, and interest in any property, real and personal, constituting or derived from proceeds traceable to such offenses.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained as a result of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been played beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property, under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)(1).

A TRUE BILL,

*James K Davis*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *Rachelle DesVaux Bedke*
Rachelle DesVaux Bedke
Assistant United States Attorney

By: *[signature]*
Jay G. Trezevant
Assistant United States Attorney
Chief, Economic Crimes Section

6

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ONORIODE FRANK NANI

## INDICTMENT

Violations:  18 U.S.C. § 371

A true bill,

_James K Davis_
Foreperson

Filed in open court this 26th day

of February 2019.

_____
Clerk

Bail $_____

GPO 863 525