UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-77-T-35JSS

ONORIODE FRANK NANI

**JOINT STATUS REPORT**

Pursuant to the Court's Pretrial Discovery Order and Notice of Trial and Status Conference, the United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, and counsel for defendant Onoriode Frank Nani hereby file this joint status report:

1. Brief summary of the case's status:

   The indictment in this case was returned on February 26, 2019 (Doc. 26). The defendant was mistakenly released from federal custody on March 13, 2019, and he has not yet been rearrested.

2. Possibility of a plea agreement as to each defendant:

   At this time, it is unknown whether or when the defendant will be apprehended. Accordingly, the possibility of a plea agreement is unknown, but unlikely.

3. Number of days required for trial, for government's case-in-chief:

   At this time, the government estimates that it will take four days to present its case-in-chief. Without being able to consult with the defendant, defense counsel is not able to articulate an estimate of the length of any defense case.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

   There are no pending motions at this time. Defendant's counsel, Robert Citronberg, intends to file a motion to withdraw.

5. Potential speedy trial problems:

   The government submits that there is no speedy trial problem in this case. The defendant was scheduled to make his initial appearance and be arraigned on the indictment on March 18, 2019. On March 13, 2019, co-counsel for the defendant filed a written waiver of the defendant's presence at arraignment and entered a plea of not guilty. (Doc. 38). As noted above, the defendant was mistakenly released from federal custody on the very same date, March 13, 2019. Therefore, speedy trial on the indictment has been tolled from the date that the defendant first appeared in writing. *See* 18 U.S.C. §§ 3161(c)(1), (h)(3). Defendant's counsel, Mr.

Citronberg, has not yet determined the impact of a mistaken release from custody on the speedy trial calculation.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:   */s/ Rachelle DesVaux Bedke*
       Rachelle DesVaux Bedke
       Assistant United States Attorney
       Florida Bar No. 0099953
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: Rachelle.Bedke@usdoj.gov

**U.S. v.** Onoriode Frank Nani  **Case No.** 8:19-cr-77-T-35JSS

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Robert Citronberg, Esquire
      Rohom Khonsari, Esquire

By: */s/ Rachelle DesVaux Bedke*
Rachelle DesVaux Bedke
Assistant United States Attorney
Florida Bar No. 0099953
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Rachelle.Bedke@usdoj.gov