UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No.: 8:19-cr-77-T-35JSS

**ONORIODE FRANK NANI**
_____ /

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, ONORIODE FRANK NANI, in the above-styled cause.

The Clerk is requested to enter the appearance of Adam B. Allen, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of Raudel Vitier, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 30th day of April, 2019.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Adam B. Allen*
Adam B. Allen
Assistant Federal Defender
Florida Bar No. 0998184
400 North Tampa Street
Suite 2700
Tampa, FL. 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email:   adam_allen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2019, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Rachelle Des Vaux Bedke.

                                      */s/ Adam B. Allen*
                                      Adam B. Allen
                                      Assistant Federal Defender